No. 07-15-00444-CV

| | | |
|---|---|---|
| Billy Joe Garza | § | From the 106th District Court |
| Appellant | | of Garza County |
| | § | |
| v. | | December 28, 2016 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 28, 2016, it is ordered, adjudged and decreed that the order of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o